No. State 94.   RICKARD, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 225 N. W. 2d 518.)

The cause was submitted for the plaintiff in error on the brief of *Stuart G. Urban* and *McIntyre, Kinney & Urban*, all of Lancaster; and for the defendant in error on the brief of *Robert W. Warren*, attorney general, and *Michael R. Klos*, assistant attorney general.

Judgment and order affirmed.